UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:22-cv-00180-MEMF-AFMx                         Date: June 12, 2023

Title  William Crabtree v. Robert Kirkman et al

Present: The Honorable:  Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Minute Order re Summary Judgment Hearing and Civil Trial Order**

The Court hereby CONTINUES the hearing on the Motion for Summary Judgment (ECF No. 32) to November 9, 2023.

The Civil Trial Order (ECF No. 26, as amended by ECF No. 33) is amended as follows. All other deadlines listed in ECF Nos. 26 and 33 shall remain unchanged.

| Event | Existing Date | New Date |
|---|---|---|
| Last Date to Hear Motions | July 27, 2023 | November 9, 2023 |
| Deadline to Complete Settlement Conference | August 9, 2023 | August 9, 2023 **(unchanged)** |
| Trial Filings (first round) | September 20, 2023 | January 3, 2024 |
| Trial Filings (second round) | October 4, 2023 | January 17, 2024 |
| Final Pretrial Conference | October 18, 2023 | January 31, 2024 9:00 a.m. |
| Trial | November 6, 2023 | February 20, 2024, 8:30 a.m. |

Initials of Preparer: KD