UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | **2:22-cv-00180-MEMF-AFMx** | Date | **November 9, 2023** |
|---|---|---|---|

| Title | **William Crabtree v. Robert Kirkman, et al.** | Page | **1 of 1** |
|---|---|---|---|

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

|  Damon Berry  |  April Lassiter-Benson  |
|---|---|
| Deputy Clerk | Court Reporterr |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Scott | Allen Grodsky |

**Proceedings: MOTION FOR SUMMARY JUDGMENT AS TO COMPLAINT [32]**

The Court issues the tentative ruling, prior to the hearing.

The case is called, and counsel make their appearance.

The Court invites counsel to present their oral arguments. For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.