Devin A. McRae, SBN 223239
  *dmcrae@earlysullivan.com*
Peter Scott, SBN 247786
  *pscott@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
WILLIAM CRABTREE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CRABTREE,<br><br>                    Plaintiff,<br><br>            v.<br><br>ROBERT KIRKMAN, an individual; ROBERT KIRKMAN, LLC, a Kentucky limited liability company, and DOES 1-10, inclusive.<br><br>                    Defendants. | Case No. 2:22-cv-00180-MEMF (AFMx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:   January 9, 2022<br>FPTC:           January 31, 2024<br>Trial Date:     February 20, 2024 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff William Crabtree and Defendants Robert Kirkman and Robert Kirkman, LLC submit this Notice of Settlement to notify the Court that the above-entitled matter has been settled. The parties request 45 days to confirm the settlement in writing and file a dismissal of the action.

Dated: January 25, 2024        EARLY SULLIVAN WRIGHT
                                              GIZER & McRAE LLP

                                          By: */s/ Peter D. Scott*
                                                Devin A. McRae
                                                Peter D. Scott
                                                Attorneys for Plaintiff
                                                WILLIAM CRABTREE

Dated: January 25, 2024        GRODSKY, OLECKI & PURITSKY LLP

                                          By: */s/ Tim B. Henderson*
                                                Allen B. Grodsky
                                                Tim B. Henderson
                                                Attorneys for Defendants Robert
                                                Kirkman and Robert Kirkman, LLC