Devin A. McRae, SBN 223239
 *dmcrae@earlysullivan.com*
Peter Scott, SBN 247786
 *pscott@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
WILLIAM CRABTREE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CRABTREE, | Case No. 2:22-cv-00180-MEMF (AFMx) |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | |
| ROBERT KIRKMAN, an individual; ROBERT KIRKMAN, LLC, a Kentucky limited liability company, and DOES 1-10, inclusive. | Action Filed:   January 9. 2022 |
| Defendants. | |

719191.1

## **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Crabtree and Defendants Robert Kirkman and Robert Kirkman, LLC, by and through their respective counsel, hereby stipulate as follows:

This action, including the Complaint, is hereby dismissed in its entirety, with prejudice and with each party to bear its own costs and fees.

Dated:  February 27, 2024          EARLY SULLIVAN WRIGHT
                                                 GIZER & McRAE LLP

                                          By: */s/ Peter D. Scott*
                                              Devin A. McRae
                                              Peter D. Scott
                                              Attorneys for Plaintiff
                                              WILLIAM CRABTREE

Dated:  February 27, 2024          GRODSKY, OLECKI & PURITSKY LLP

                                          By: */s/ Tim B. Henderson*
                                              Allen B. Grodsky
                                              Tim B. Henderson
                                              Attorneys for Defendants Robert
                                              Kirkman and Robert Kirkman, LLC

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

719191.1